STATE OF MAINE                                    SUPERIOR COURT
SOMERSET, SS.                                     Docket No. CR-01-298

STATE OF MAINE             )
                           )
                           )
            v.             )        ORDER ON MOTION TO SUPPRESS
                           )
                           )                  DONALD L. GARBRECHT
RONALD KEITH,              )                          LAW LIBRARY
          Defendant.       )

                                             JUN 21 2002

        This matter came before the court on the defendant's motion to
suppress evidence obtained pursuant to a search warrant. Everette Fowle,
Assistant District Attorney representing the State, and Bruce Mallonee
representing the defendant.

        After reviewing the cases submitted by the attorneys and listening to
the testimony of Janet Mills, the justice of the peace who signed the
search warrant, the court denies the defendant's motion. The defendant's
argument for holding the search warrant invalid is the fact that the justice
of the peace who authorized the warrrant was a former attorney for the
defendant. The defense asserts that since Ms Mills was a former attorney
for the defendant she cannot, as a matter of law, be a " neutral and
detached official ". The defense argues for a "per se" rule,i.e. the search
warrant is automatically invalid because the justice of the peace was a
former attorney for the defendant. The concern is that the official making
the determination of probable cause not be subject to control by law
enforcement officials or the attorney for the state. See Shadwick v City of
Tampa, 407 US 345,350-351 (1972).

        The defense concedes that when Ms Mills signed the search warrant
she didn't remember the defendant as a former client. Other than the
fact that the defendant was a former client there was no evidence
indicating that Ms Mills was not a "neutral and detached official". Ms
Mills is a former District Attorney and this certainly doesn't disqualify her
from signing requests for search warrants.

For reasons stated above , the defendant's motion to suppress is denied.

Dated: May 8, 2002.

JUSTICE, SUPERIOR COURT

STATE OF MAINE
  vs
RONALD SCOTT KEITH
50 WATERVILLE HILL RD
NORRIDGEWOCK ME 04957

SUPERIOR COURT
SOMERSET, ss.
Docket No  SKOSC-CR-2001-00298

# DOCKET RECORD

DOB: 08/16/1966
Attorney: BRUCE MALLONEE
        RETAINED 03/20/2002

State's Attorney: JAMES MITCHELL

Filing Document: INDICTMENT
Filing Date: 08/23/2001

Major Case Type: FELONY (CLASS A,B,C)

## Charge(s)

1   AGGRAVATED TRAFFICK OR FURNISH SCHEDULE   10/25/2000 NORRIDGEWOCK       GOTTARDI       / SOM
    DRUGS
    17-A   1105            Class B

## Docket Events:

08/27/2001 FILING DOCUMENT - INDICTMENT FILED ON 08/23/2001

08/27/2001 TRANSFER - BAIL AND PLEADING GRANTED ON 08/23/2001

       TRANSFER - BAIL AND PLEADING REQUESTED ON 08/23/2001

08/27/2001 ATTORNEY - APPOINTED ORDERED ON 08/23/2001

       Attorney:  M MURPHY
       ATTORNEY FOR PARTY 002 DEFENDANT
08/27/2001 Charge(s):  1
       TRANSFER - BAIL AND PLEADING GRANTED ON 08/23/2001
       DONALD H MARDEN , JUSTICE
       CC:  DISTRICT COURT
08/27/2001 Charge(s):  1
       HEARING - ARRAIGNMENT SCHEDULED FOR 09/06/2001 @ 8:30

08/27/2001 Charge(s):  1
       HEARING - ARRAIGNMENT NOTICE SENT ON 08/27/2001

08/31/2001 BAIL BOND - CASH BAIL BOND FILED ON 08/30/2001

       Bail Receipt Type: CR
       Bail Amt:  $2,000
                        Receipt Type: CK
       Date Bailed: 10/26/2000     Prvdr Name: RONALD S KEITH
                        Rtrn Name: RONALD S KEITH

## Conditions of Bail:

Refrain from possession or use of intoxicating liquor. Refrain from possession or use of any unlawful drugs.

Not own, possess or use any firearm or dangerous weapon.